DISMISS; Opinion filed December 21, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

No. 05-12-00510-CV

_____

**VINCE FUDZIE, INDIVIDUALLY, AND TMV, LLC D/B/A TRIUNE, Appellants**

V.

**ANGELIA WILLIAMS, Appellee**

_____

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-05215**

_____

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

By letter dated September 27, 2012, the Court questioned its jurisdiction over the appeal. Specifically, it appears there is no final judgment. We requested appellants to file, within ten days, a jurisdictional brief explaining how this Court has jurisdiction over the appeal. As of today's date, appellants have not filed a jurisdictional brief.

Except in circumstances not applicable here, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id.*

Appellants are appealing the trial court's December 20, 2011 order granting the motion for summary judgment filed by Angelia Williams, one of several defendants. Although the trial court's

order dismisses the claims against Ms. Williams, appellants' claims against the other defendants remain pending. For this reason, the judgment is not final and appealable. *See Lehmann*, 39 S.W.3d at 195. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120510F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VINCE FUDZIE, INDIVIDUALLY, AND TMV, LLC D/B/A TRIUNE, Appellants

No. 05-12-00510-CV     V.

ANGELIA WILLIAMS, Appellee

Appeal from the 298th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 10-05215).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Angelia Williams, recover her costs of the appeal from appellants, Vince Fudzie, Individually, and TMV, LLC d/b/a Triune.

Judgment entered December 21, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE